**William E. THOMPSON, Appellant,**

v.

**Gail HUECKER, Commissioner Department of Economic Security, Appellee.**

Court of Appeals of Kentucky.

July 27, 1973.

John G. O'Mara, William H. Wallace and Martin R. Glenn, Louisville, for Legal Aid Society of Louisville.

Forest Smith, Frankfort, for appellee.

PER CURIAM.

The court having considered the record and being of the opinion that it is free of prejudicial error, the judgment is affirmed.

PALMORE, C. J., and MILLIKEN, OSBORNE, REED and STEPHENSON, JJ., sitting.

All concur.